**DISMISS and Opinion Filed September 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00192-CV**

**ADAM TORRES, Appellant**
**V.**
**MAN SHI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04406-E**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated August 4, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210192F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ADAM TORRES, Appellant

No. 05-21-00192-CV      V.

MAN SHI, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-04406-E.

Opinion delivered by Justice Garcia. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 2, 2021